

RECEIVED
IN LAKE CHARLES, LA.

DEC 17 2014

TONY R. MOORE, CLERK
BY_____
       DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROBERT FRANKLIN BRUCE,** | * | **CIVIL ACTION NO. 2:13-cv-2779** |
| **Plaintiff,** | * | |
| v. | * | **JUDGE MINALDI** |
| **TERRY TERRELL, ET AL.,** | * | |
| **Defendants.** | * | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that petitioner's complaint [Doc. 1] be and hereby is **DISMISSED, IN PART, WITH PREJUDICE,** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this 13 day of Dec, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE