UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROBERT FRANKLIN BRUCE,** | * | **CIVIL ACTION NO. 2:13-cv-2779** |
| **Plaintiff,** | * | |
| v. | * | **JUDGE MINALDI** |
| **TERRY TERRELL, ET AL.,** | * | |
| **Defendants.** | * | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 69) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the defendants' Motion for Summary Judgment (Rec. Doc. 51) is **GRANTED** and plaintiff's claims relating to exposure to secondhand smoke and discrimination under the ADA are **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 25 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE