RECEIVED
IN LAKE CHARLES, LA.

SEP 27 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROBERT FRANKLIN BRUCE** | * | **CIVIL ACTION NO. 2:13-CV-2779** |
| **D.O.C. #397176** | * | **SECTION P** |
| | * | |
| v. | * | |
| | * | **JUDGE MINALDI** |
| **TERRY TERRELL, et al.** | * | |
| | * | |
| | | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# JUDGMENT

For the reasons stated in the Magistrate Judge's Report and Recommendation (Rec. Doc. 75) regarding the defendant's Motion for Summary Judgment (Rec. Doc. 72), after an independent review of the record, a *de novo* determination of the issues, a review of plaintiff's traverse which is considered as an Opposition by the court (Rec. Doc. 74), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the defendant's Motion for Summary Judgment (Rec. Doc. 72) be and hereby is **GRANTED** and the action is **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 23 day of _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE